UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Robert Gonzalez,

    Defendant,
_____/

**COMPLAINT**

COMES NOW, the Plaintiff, UNITED STATES OF AMERICA, by its undersigned counsel and states alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. 1345.

**Venue**

2. The defendant is a resident of Palm Beach County, Florida within the jurisdiction of this Court.

**The Debt**

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal (*after application of all prior payments, credits, and offsets*) | $2,937.22 |
| B. Current Capitalized Interest Balance and Accrued Interest | $3,184.69 |
| **Total Owed** | **$6,121.91** |

4.       This firm has complied with the Fair Debt Collections Practices Act, 15 U.S.C. & 1692, et seq, as amended. The Notice previously mailed by the firm to the Defendant is attached here to as Exhibit "A".

5.       The Certificate of Indebtedness attached as Exhibit "B", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 10% per annum.

**Failure to Pay**

6.       Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same. See Exhibit "A".

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA prays for judgment:

A.       For the sum set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. 1961 that interest on the judgment be at the legal rate until paid in full;

B.       For attorneys' fees to the extent allowed by law; and,

C.       For such other relief which the Court deems proper.

DATED this 27 day of April, 2012.

Respectfully submitted.

**LUIS F. NAVARRO, P.A**
**Attorneys at Law**
P.O. Box 34-7530
Coral Gables, FL 33234
Telephone: 305-424-2625
Facsimile: 305-424-7803

By:   /s/ Luis F. Navarro
        Luis F. Navarro, Esq.
        Florida Bar No.: 0629359